JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KENYON DARRELL BROWN,<br><br>Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA,<br>GOV GAVIN NEWSOME,<br>CDCR DIRECTOR,<br><br>Respondents. | No. 5:22-cv-00438-RGK-JDE<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed without prejudice to Petitioner filing a new action if he obtains permission from the Ninth Circuit to file a second or successive petition.

Dated: March 24, 2022

*/s/ Gary Klausner*
R. GARY KLAUSNER
United States District Judge